# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Venisha C. Bajja,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:14-cv-00549-FDW |
| | ) | 11-crs-52790 |
| vs. | ) | |
| | ) | |
| **State of North Carolina ,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2015 Order.

September 11, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court